UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SAMUEL BROOKS, JR.**                                                            **CIVIL ACTION**

**VERSUS**                                                                  **NO. 23-3618**

**LA. WORKFORCE COMMISSION**                             **SECTION: "D"(1)**

## ORDER AND REASONS

Plaintiff, Samuel Brooks, Jr., a state inmate, filed the instant *pro se* complaint pursuant to 42 U.S.C. § 1983. In this lawsuit, he alleges that his rights were violated while he was participating in a work release program.

Federal law provides:

A civil action may be brought in –

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
>
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or
>
> (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b).

In the instant case, the defendant is not alleged to reside in the Eastern District of Louisiana. Further, no part of the events or omissions giving rise to plaintiff's claims occurred within this district. However, those events or omissions allegedly occurred within the geographical boundaries of the United States District Court for the Western District of Louisiana. 28 U.S.C. § 98(c).

Pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), a district in which venue is wrong may transfer a case to another district or division in which venue is proper, if such transfer is in the interest of justice.  <u>Balawajder v. Scott</u>, 160 F.3d 1066, 1067 (5th Cir. 1999).  Because venue is not proper in the Eastern District of Louisiana but would be proper in the Western District of Louisiana, the Court finds that it is in the interest of justice and fairness to the parties that this civil action be transferred to the Western District of Louisiana for further consideration.

Accordingly,

**IT IS ORDERED** that the captioned matter be **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

**IT IS FURTHER ORDERED** that determination of pauper status is **DEFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this   18th   day of   September  , 2023.

_____
**JANIS VAN MEERVELD**
**UNITED STATES MAGISTRATE JUDGE**